# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

ABEL GOMEZ CAMACHO
1076 ROCK CHURCH RD
DICKSON, TN  37055

CASE NO. 19-03920-CW3-13
JUDGE CHARLES M WALKER

SSN XXX-XX-4690

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 10/23/2019.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 11/20/2019 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

## NOTICE OF MOTION TO DISALLOW CLAIM OF
## PROSPER MARKETPLACE INC (PAYEE PROSPER MARKETPLACE INC) COURT'S CLAIM #20

   Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief:  Motion to Disallow Claim of PROSPER MARKETPLACE INC (PAYEE  PROSPER MARKETPLACE INC).

   **YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing.  Any response objection you wish to file must be submitted electronically.  To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

 If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584.  The Bankruptcy Court may be visited in person at:  US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

 2. Your response must state the deadline for filing response,  the date of the scheduled hearing,  and the motion to which you are responding .

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ABEL GOMEZ CAMACHO | ) CASE NO. 19-03920-CW3-13 |
| 1076 ROCK CHURCH RD | ) JUDGE CHARLES M WALKER |
| DICKSON, TN 37055 | ) |
| | ) |
| SSN XXX-XX-4690 | |

## MOTION TO DISALLOW CLAIM OF
## PROSPER MARKETPLACE INC (PAYEE PROSPER MARKETPLACE INC) COURT'S CLAIM #20

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee ("Trustee"), respectfully requests this Court disallow the proof of claim asserted on behalf of PROSPER MARKETPLACE INC (payee PROSPER MARKETPLACE INC), in the amount of $4,413.67 filed as claim #20 on the Court's claims register. In support thereof, the Trustee would state as follows:

<u>Duplicate claim.</u> The Trustee would state that the proof of claim filed by PROSPER MARKETPLACE INC (Payee PROSPER MARKETPLACE INC) is a duplicate of Court Claim #12 on the Court's Claims Register.

WHEREFORE, the premises considered, the Trustee requests that this court disallow the claim of PROSPER MARKETPLACE INC, payee PROSPER MARKETPLACE INC, filed as claim #20 on the Court's claims register.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on ABEL GOMEZ CAMACHO, 1076 Rock Church Rd, Dickson, TN 37055; and
PROSPER MARKETPLACE INC WEINSTEIN AND RILEY PS, P O BOX 3978, SEATTLE, WA 98124;
PROSPER MARKETPLACE INC WEINSTEIN AND RILEY, 2001 WESTERN AVE STE 400, SEATTLE, WA 98121;
PROSPER MARKETPLACE, 221 MAIN ST FL 3, SAN FRANCISCO CA 94105;
PROSPER MARKETPLACE, c/o CORPORATION SERVICE COMPANY, 2908 POSTON AVE, NASHVILLE TN 37203;
WEINSTEIN AND RILEY PS, c/o ELIZABETH PARROTT, 701 BROADWAY STE B, NASHVILLE TN 37203;

and through email by Electronic Case Noticing to US Trustee, and GREGORY R ATWOOD, Debtor's counsel

on this 23rd day of September, 2019.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
ABEL GOMEZ CAMACHO )
1076 ROCK CHURCH RD ) CASE NO. 19-03920-CW3-13
DICKSON, TN  37055 )
) JUDGE CHARLES M WALKER
)

SSN XXX-XX-4690

## ORDER TO DISALLOW CLAIM OF
## PROSPER MARKETPLACE INC (PAYEE PROSPER MARKETPLACE INC) COURT'S CLAIM #20

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The claim is a duplicate of a previously filed Court's claim #12;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed.

    Creditor Name:  PROSPER MARKETPLACE INC (payee PROSPER MARKETPLACE INC)
    Court's Claim Number:  20
    Account Number:  xxxxxxxx0260

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.